CLERK'S OFFICE
A TRUE COPY
Sep 24, 2026
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the
Eastern District of Wisconsin

In the Matter of the Search of:

DNA Sample by Buccal Swab and Fingerprints taken from MARLENA LARSON (DOB: 06/07/1975)

Case No. 26-MJ-519 (SCD)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See attachment A-2.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See attachment B.

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE 10-8-26 *(not to exceed 14 days)*
☒ in the daytime between 6:00 a.m. and 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Honorable Stephen C. Dries.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐for ______ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of ____________________.

Date and time issued: 9-24-26. 9:20 am

Stephen C. Dries
*Judge's signature*

City and State: Milwaukee, Wisconsin

Honorable Stephen C. Dries , U.S. Magistrate Judge
*Printed Name and Title*

## Return

| Case No: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-MJ-519(SCD) | 9/29/2026 at 2:45 p.m. | Marlena Larson |

Inventory made in the presence of: Inspectors Jeremy Leder and Ross Hinckley

Inventory of the property taken and/or name of any person(s) seized:

- Buccal swab from Marlena Larson.
- Set of fingerprints from Marlena Larson.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the assigned judge.

Date: October 6, 2026

*Executing officer's signature*

Jeremy R. Leder
*Printed name and title*

**ATTACHMENT A-2**

| | |
|---|---|
| Name: | MARLENA LARSON |
| Date of Birth: | 06/07/1975 |
| FBI Number: | None |
| Currently Residing: | 8690 Townline Road, Kewaskum, WI 53040 |

# ATTACHMENT B

1. Buccal swab of saliva and cheek cells.

2. Complete rolled fingerprints of the persons described in Attachment A, including palm prints.

   a. Law enforcement personnel are authorized to use means reasonably necessary to obtain the aforementioned items, including directing the persons described in Attachment A to position their hands in various positions, and to apply harmless substances to the fingers and palms necessary to obtain fingerprints.